UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERBERT D. WOLFF,
      Petitioner,
   v.
A. C. NEWLAND, warden,
      Respondent.

No. C 06-5235 SI (pr)

**ORDER RE. FILING FEE**

This pro se habeas action was opened on August 25, 2006, when the court received materials from the Ninth Circuit permitting the filing of a second or successive petition.. On that date, the court notified petitioner in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Petitioner was advised that failure to pay the fee or file the application within thirty days would result in dismissal of the action. Petitioner filed a petition for writ of habeas corpus on September 9, 2006, accompanied by a letter in which he stated that the $5.00 filing fee had been mailed by his sister. The court has not received the filing fee. The court now sets a new deadline of **December 22, 2006** for petitioner to pay the $5.00 filing fee or submit a completed in forma pauperis application. The court will dismiss the action if petitioner does not pay the fee or submit the in forma pauperis application by that new deadline.

IT IS SO ORDERED.

DATED: November 20, 2006

_____
SUSAN ILLSTON
United States District Judge