UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT WOLFF, | No. C 06-5235 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| A. C. NEWLAND, warden, | |
| Respondent. | |

    Respondent has filed an <u>ex parte</u> application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Violet Lee, the court GRANTS respondent's application. (Docket # 7.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **April 27, 2007**. Petitioner must file and serve his traverse no later than **June 1, 2007**.

    IT IS SO ORDERED.

DATED: February 9, 2007

                                                              SUSAN ILLSTON
                                                     United States District Judge