UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERBERT WOLFF,

    Petitioner,

v.

A. C. NEWLAND, warden,

    Respondent.

No. C 06-5235 SI (pr)

**JUDGMENT**

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 21, 2008

    SUSAN ILLSTON
    United States District Judge