UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERBERT WOLFF,

    Petitioner,

  v.

A. C. NEWLAND, warden,

    Respondent.
                                        /

No. C 06-5235 SI (pr)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

      Petitioner filed a notice of appeal and an application for a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The application for a certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). (Docket # 18.) The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

      The court notes that petitioner misstated the contents of the appellate court's order. Contrary to petitioner's assertion, the order authorizing him to file a second or successive petition did <u>not</u> "read in part: '... the habeas corpus petition raises issues that warrant a response.'" Application for Certificate of Appealability, p. 2.

      IT IS SO ORDERED.

DATED: March 27, 2008

                                                               _____
                                                               SUSAN ILLSTON
                                                          United States District Judge